# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131100(50)

BRANDON CASSISE,
   Plaintiff-Appellant,

v

                 SC: 131100
                 COA: 257299
                 Oakland CC: 2003-052129-NZ

WALLED LAKE CONSOLIDATED SCHOOLS,
DAVID BARRY, NICK CONTI, and CHUCK
APAP,
     Defendants-Appellees.

_____/

   On order of the Court, the motion for reconsideration of this Court's August 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007                       

d0122                         Clerk